MINOR v. MINOR

No. 537P84.

Case below: 70 N.C. App. 76.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

MURPHREY v. WINSLOW

No. 533A84.

Case below: 70 N.C. App. 10.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied as to additional issues 6 November 1984.

ROBINS & WEILL v. MASON

No. 588P84.

Case below: 70 N.C. App. 537.

Petition by defendant for temporary stay of preliminary injunction and petition for writ of supersedeas to stay preliminary injunction denied 6 November 1984. Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

RORRER v. COOKE

No. 468P84.

Case below: 69 N.C. App. 305.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 November 1984.

SCOTT v. THORNE

No. 339P84.

Case below: 68 N.C. App. 788.

Notice of appeal under G.S. 7A-30 by defendant dismissed 6 November 1984. Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.